IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| LESLEE ROSALIE BLOODSTONE, | CV 23-33-H-BMM-KLD |
| Plaintiff, | |
| vs. | ORDER |
| JIM SALMONSEN et al., | |
| Defendants. | |

Plaintiff Leslee Bloodstone has moved for an extension of time to respond to Defendants' motion for summary judgment and for the appointment of counsel. (Doc. 27.) The motion will be granted, in part, and denied, in part.

The Court has not yet issued a schedule for this matter, because Defendants immediately filed their pending motions to dismiss and for summary judgment. As such, the extension Bloodstone seeks to conduct discovery, etc., is unnecessary; the Court will issue a scheduling order in due course if it is necessary. The only requirement now is for Bloodstone to respond to the pending motions. Discovery does not appear necessary for her to do so, though she may move under Fed. R. Civ. P. 56(f) if she needs such discovery. Therefore, her motion for an extension will be granted for the purpose of responding to the pending motions.

Once again, Bloodstone moves for the appointment of counsel. The Court previously explained the law and the reasoning for its denial of her prior motion.

1

(Doc. 11.) At this juncture, nothing changes the Court's analysis. Bloodstone's motion will be denied. The Court will add Bloodstone's name to the Court's public list of plaintiffs seeking attorney assistance unless Bloodstone advises the Court within 21 days that she does not wish to be included on the list.

Based upon the foregoing, the Court issues the following:

## ORDER

1. Bloodstone's request for an extension is granted. Her response to Defendants' pending motion for summary judgment is due within 21 days of the making of this Order.

2. The Clerk of Court is directed to add Plaintiff's name and case information to the Court's list of pro bono opportunities unless she notifies the Court within 21 days that she does not wish to be so listed.

3. At all times during the pendency of this action, Bloodstone must immediately advise the Court and opposing counsel of any change of address and its effective date. Failure to do so may result in the dismissal of the action.

DATED this 16th day of November, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge