IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| LESLEE ROSALIE BLOODSTONE, | CV 23-33-H-BMM-KLD |
| Plaintiff, | |
| vs. | ORDER |
| JIM SALMONSEN et al., | |
| Defendants. | |

Plaintiff Leslee Bloodstone has moved, again, for an extension of time to respond to Defendants' motion for summary judgment. (Doc. 31.) The motion will be granted, as limited below.

Bloodstone contends that she has not received the medical records she needs to respond to the pending motions. As the Court previously stated, discovery on the merits of her medical claim is unnecessary at this point. The issues involved in the pending motions relate to whether she properly exhausted administrative procedures prior to filing her Complaint. Discovery regarding other issues is not necessary for her to respond to those motions. If there are specific issues related to her grievances that she needs to pursue through discovery, she may move for such under Fed. R. Civ. P. 56(d). Otherwise, she must allow the case to move forward by responding to Defendants' motions.

Based upon the foregoing, the Court issues the following:

1

## ORDER

1.      Bloodstone's request for an extension is granted. Her response to Defendants' pending motion for summary judgment is due within 21 days of the making of this Order.

2.      No further extensions of time regarding the pending motions will be granted, absent extraordinary circumstances or a properly supported Rule 56(d) motion.

3.      At all times during the pendency of this action, Bloodstone must immediately advise the Court and opposing counsel of any change of address and its effective date.  Failure to do so may result in the dismissal of the action.

DATED this 28th day of November, 2023.


_____
Kathleen L. DeSoto
United States Magistrate Judge